MERRITT, Circuit Judge,
concurring.
I would rest our judgment on the simple fact that petitioner Nikis’s statements at the airport were directly contrary to her later claim for asylum. In her airport interview, Nikis responded to the question, “Do you have any fear of returning to Albania?” by answering, “No.” Furthermore, she described her reason for traveling to the U.S. as “I want to see and meet my family.” Only in her written application for asylum, prepared later, did Nikis attempt to present a connection between the attempted kidnappings and her political activities. Considering these inconsistent accounts, the Immigration Judge was entitled to believe that her real motivation for seeking entry to the United States did not involve “a well founded fear of persecution,” but rather a desire to see her sister. The judge was entitled to take her at her word when she said she did not have any fear of returning to Albania. For these reasons I concur in the judgment affirming the decision of the Board of Immigration Appeals.